IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SHAWN TEMPLE,

    Plaintiff,

v.

CITY OF CRESTVIEW,
a municipal corporation,

    Defendant.
_____/

USDC CASE NO.: _____

LOWER TRIBUNAL
CASE NO.: 2019-CA-000604

## NOTICE OF REMOVAL

TO:   THE JUDGES OF THE UNITED STATES DISTRICT COURT, OF THE NORTHERN DISTRICT OF FLORIDA, PENSACOLA DIVISION

Defendant, CITY OF CRESTVIEW (the "City"), pursuant to 28 U.S.C. §§1331, 1367, 1441, 1446, and Local Rule 7.2, gives its Notice of Removal of an action pending in the Circuit Court of the First Judicial Circuit, in and for Okaloosa County, Florida, to the United States District Court of the Northern District of Florida, Pensacola Division, and in support of its Notice, provides the following statement as grounds for removal:

1.     The City is a defendant in a civil action in the Circuit Court of the Second Judicial Circuit, in and for Leon County, Florida, styled *Shawn Temple v. City of Crestview;* Case Number 2019-CA-000604. A copy of all lower court

docket entries are attached hereto as follows:

| | | |
|---|---|---|
| Exhibit A | | Complaint |
| Exhibit B | | Notice of Appearance – Zackery A. Scharlepp – for Defendant |
| Exhibit C | | Answer and Affirmative Defenses |
| Exhibit D | | Notice of Appearance – Sara C. Hassler – for Plaintiff |
| Exhibit E | | Amended Complaint |
| Exhibit F | | Waiver of Service |
| Exhibit G | | Notice of Filing Notice of Removal - State |

2.  The City was served with the Amended Complaint on July 30, 2019, and this Notice of Removal is filed within thirty (30) days from Defendant's receipt of the Complaint as required by 28 U.S.C. §1446(b).

3.  Plaintiff brings this action against Defendant alleging violations of his rights under § 112.3187, Florida Statutes, Chapter 760, Florida Statutes and Title VII, 42 U.S.C. § 2000e.

4.  This is a civil action brought in a state court over which the United States District Court has original jurisdiction pursuant to 28 U.S.C. §1331 (federal question). This action may be removed under 28 U.S.C. §1441(b) due to the federal question presented by the Complaint.

5. This Court has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367.

6. Notice of filing of this Notice of Removal has been provided to Plaintiff and a copy of this Notice of Removal has, on this date, been forwarded to and will be filed with the Clerk of the First Judicial Circuit, in and for Okaloosa County, Florida.

WHEREFORE, Defendant CITY OF CRESTVIEW requests that all claims in the referenced action now pending against it in the First Judicial Circuit, in and for Okaloosa County, Florida, be removed to this Court

Respectfully submitted this 9th day of August 2019.

/s/ Zackery Scharlepp



Zackery A. Scharlepp
(FBN:0085374)
zascharlepp@coppinsmonroe.com
bmiller@coppinsmonroe.com
cmarchena@coppinsmonroe.com
COPPINS MONROE, P.A.
1319 Thomaswood Drive
Tallahassee, FL 32308
Office: 850-422-2420 / Fax: 850-422-2730

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b)(3) and N.D. Florida Local Rule 5.1, this document is being filed electronically and service shall be through the Court's transmission facilities on all persons appearing before this Court.; I also certify that a true and correct copy of the foregoing was furnished via electronic mail on this 9th day of August 2019 to counsel for Plaintiff as follows:

Tiffany R. Cruz, Esq.
FRIEDMAN, ABRAHAMSEN & CRUZ
Tiffany@fa-lawyers.com
sara@fa-lawyers.com
Paralegal@fa-lawyers.com

ATTORNEYS FOR PLAINTIFF

*/s/ Zackery A. Scharlepp*
Attorney